UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 18, 2022

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | MAGISTRATE NO.   22-MJ-271 |
| TREVOR WRIGHT, <br> also known as "Taliban Glizzy," | VIOLATIONS: <br> 18 U.S.C. § 922(g)(1) <br> (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| Defendant. | |
| | FORFEITURE: <br> 18 U.S.C. § 924(d), 21 U.S.C. § 853(p); <br> and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 17, 2022, within the District of Columbia, **TREVOR WRIGHT, also known as "Taliban Glizzy,"** knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal Case Nos. CT101020C and CT160086X, did unlawfully and knowingly receive and possess firearms, that is, an AR-15-style weapon made of an Aero Precision X15 lower (S/N: X138274) and a LWRC M6A2 5.56 upper (S/N: U07-00160), a Glock 9mm semi-automatic pistol with an obliterated serial number, and a Ruger-57, 5.72x28mm semi-automatic handgun (S/N: 642-18752), and did unlawfully and knowingly receive and possess ammunition, that is, 29 rounds of .223 caliber ammunition, 22 rounds of 9mm ammunition, and 16 rounds of 5.7x28mm

ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about November 11, 2022, within the District of Columbia, **TREVOR WRIGHT, also known as "Taliban Glizzy,"** knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal Case Nos. CT101020C and CT160086X, did unlawfully and knowingly receive and possess a firearm, that is, a Glock semi-automatic handgun, and did unlawfully and knowingly receive and possess ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1.   Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to an AR-15-style weapon made of an Aero Precision X15 lower (S/N: X138274) and a LWRC M6A2 5.56 upper (S/N: U07-00160), a Glock 9mm semi-automatic pistol with an obliterated serial number, and a Ruger-57, 5.72x28mm semi-automatic handgun (S/N: 642-18752), and 29 rounds of .223 caliber

ammunition, 32 rounds of 9mm ammunition, and 16 rounds of 5.7x28mm ammunition.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/ccw*
Attorney of the United States in
and for the District of Columbia

3